**AKERMAN LLP**
Ellen S. Robbins (SBN 298044)
*Ellen.robbins@akerman.com*
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

JEFFREY B. PERTNOY (*Admitted pro hac vice*)
*jeffrey.pertnoy@akerman.com*
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

**FOLGER LEVIN LLP**
Andrew J. Davis (SBN 203345)
*ddavis@folgerlevin.com*
Jiyun C. Lee (SBN 161667)
*jlee@folgerlevin.com*
33 New Montgomery Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 625-1050

Attorneys for Defendant
SEPHORA USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN KELLY, | CASE NO. 3:24-cv-01648-CRB |
| Plaintiff, | The Hon. Charles R. Breyer |
| v. | |
| SEPHORA USA, INC., | **NOTICE OF APPEARANCE OF ELLEN S. ROBBINS FOR DEFENDANT SEPHORA USA, INC.** |
| Defendant. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ellen S. Robbins of Akerman LLP hereby enters her appearance in this action on behalf of Defendant Sephora USA, Inc. ("Defendant") in the above-captioned action. Please direct copies of all pleadings, notices, orders and other papers filed in the action, to counsel at the following address:

AKERMAN LLP
Ellen S. Robbins
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: ellen.robbins@akerman.com

DATED: April 10, 2024              **AKERMAN LLP**

By: */s/ Ellen S. Robbins*
    Ellen S. Robbins
    Attorneys for Defendant
    SEPHORA USA, INC.